IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>NORMAN MOLYNEUX, et al.,<br><br>            Defendant. | No. CR-F-04-5244 REC<br><br>ORDER DIRECTING UNITED STATES TO FILE PROPOSED REDACTED STATEMENTS BY 1:30 P.M., FRIDAY, APRIL 29, 2005 |

The United States is hereby ordered to file the proposed redacted statements of co-defendants Prout and Stohl by 1:30 p.m., Friday, April 29, 2005 in order that the court and defendant Molyneux may be prepared to discuss the effect of the proposed redactions on defendant Molyneux's motion to sever, which is set for hearing on May 2, 2005.

IT IS SO ORDERED.

**Dated: April 26, 2005**                    **/s/ Robert E. Coyle**
668554                                        UNITED STATES DISTRICT JUDGE

1