1  SALVATORE SCIANDRA, Bar No. 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, NORMAN MOLYNEUX

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )   CASE NUMBER:  CR-F-04-5244 OWW
                                       )
11                 Plaintiff,           )
                                       )
12 v.                                  )   STIPULATION TO CONTINUE TRIAL
                                       )   DATE AND ORDER
13 NORMAN MOLYNEUX,                    )
   STEPHEN EARL PROUT and              )
14 CLAUDE ARTHUR STROHL,               )
   aka Clyde A. Strohl                 )   Honorable Oliver W. Wanger
15                                     )   Courtroom Three
                  Defendants.          )
16                                     )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, STANLEY A. BOONE, Assistant United States Attorney, and SALVATORE SCIANDRA,

19 attorney for defendant NORMAN MOLYNEUX, that the jury trial currently scheduled for June 6, 2006

20 be continued and set to begin September 12, 2006 at 9:00 a.m.  The defendants are requesting

21 additional time for further investigation and trial preparation.

22       The parties further request that the pretrial motions be rescheduled as follows:

23            Motions in Limine due:            August 18, 2006

24            Response due:                    August 23, 2006

25            Hearing on Motions in Limine
              and Trial Confirmation:          August 28, 2006
26

27       All parties herein, through their respective counsel have been contact regarding the requested

28 continuance and concur with this request.

The parties further agree that the resulting period of delay occurring between June 6, 2006 and September 12, 2006, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. section 3161(h)(8)(A).

Respectfully submitted,

DATED: May 3, 2006          /s/   Salvatore Sciandra
                            SALVATORE SCIANDRA
                            Attorney for Defendant,
                            NORMAN MOLYNEUX

DATED: May 3, 2006          /s/   Eric K. Fogderude
                            ERIC K. FOGDERUDE
                            Attorney for Defendant,
                            STEPHEN EARL PROUT

DATED: May 3, 2006          /s/   Katherine L. Hart
                            SALVATORE SCIANDRA
                            Attorney for Defendant,
                            CLAUDE ARTHUR STROHL

DATED: May 3, 2006          /s/   Stanley A. Boone
                            STANLEY A. BOONE
                            Assistant United States Attorney

**ORDER**

The parties stipulated request to continue the trial of this matter to **September 12, 2006** at 9:00 a.m. is **GRANTED**.  The parties stipulated pre-trial motions schedule is also **GRANTED** and shall be as follows:

       Motions in Limine due:          August 18, 2006

       Response due:                    August 23, 2006

       Hearing on Motions in Limine
       and Trial Confirmation:         August 28, 2006

/ / /

1     Time shall be excluded pursuant to 18 U.S.C. section 3161(h)(8)(A) at both parties' request to
2 allow  for further investigation and trial preparation.

7 IT IS SO ORDERED.

8 **Dated:   May 18, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

U.S. v. MOLYNEUX, et al.
STIPULATION TO CONTINUE TRIAL DATE AND ORDER [PROPOSED]
CASE NUMBER:  CR-F-04-5244-OWW       3