```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
```

Attorney for Defendant STEPHEN EARL PROUT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 04-5244 OWW |
| Plaintiff, ) | STIPULATION TO MODIFY PRETRIAL CONDITIONS OF RELEASE FOR DEFENDANT STEPHEN PROUT AND ORDER |
| vs. ) | |
| STEPHEN EARL PROUT ) | |
| Defendant. ) | |

On September 20, 2004, Defendant STEPHEN EARL PROUT was ordered released from detention on conditions of release by the Honorable Magistrate Judge Dennis Beck. Those conditions included not leaving the Eastern District without permission and/or consent of the pretrial service officer and court.

Defendant PROUT has successfully remained released on the conditions of release since September 20, 2004.

Defendant PROUT seeks permission of the Court to be allowed to attend the Christians United for Israel special conference being held in Washington D.C. on July 16-19, 2007, with related air travel to Washington D.C. to be July 14, 2007 and a return

1  trip back home on July 20, 2007.
2      Mr. Jacob Scott, U.S. Probation Officer is Mr. Prout's
3  supervising pre-trial service officer and he is not opposed to
4  this request and he has requested that a Stipulation and Order be
5  submitted to the Court.
6      Assistant U.S. Attorney Stanley Boone is not opposed to this
7  request.
8  IT IS SO STIPULATED:
9  DATED: June 21, 2007           FLETCHER & FOGDERUDE, Inc.
10                                  /s/ Eric K. Fogderude
                                    ERIC K. FOGDERUDE
11                                  Attorney for Defendant,
                                    STEPHEN EARL PROUT
12
13
   DATED: June 21, 2007            /s/ Stanley Boone
14                                  STANLEY BOONE,
                                    Assistant U.S. Attorney
15
16
17                              ORDER
18     GOOD CAUSE appearing it is ordered that the Defendant STEPHEN
19  EARL PROUT's request to leave the Eastern District of California
20  from July 14, 2007 to July 20, 2007 to attend the above described
21  conference in Washington D.C. is granted.
22
23  IT IS SO ORDERED.
24  **Dated:   June 22, 2007**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28