Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant STEVEN PROUT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F-04-5244 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING, |
| vs. | AND ORDER THEREON |
| STEVEN PROUT et al. | |
| Defendants. | DATE: July 9, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for July 9, 2007, may be continued to September 17, 2007 at 1:30 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

```
DATED: July 5, 2007            FLETCHER & FOGDERUDE, Inc.


                               /s/ Eric K. Fogderude
                               ERIC K. FOGDERUDE
                               Attorney for Defendant,
                               STEVEN PROUT


DATED: July 5, 2007             /s/ Katherine Hart
                               KATHERINE HART,
                               Attorney for Defendant
                               CLAUDE A. STROHL aka CLYDE A. STROHL


Dated: July 5, 2007            McGREGOR W. SCOTT
                               United States Attorney


                                /s/ Stanley Boone
                               STANLEY BOONE
                               Assistant US Attorney
```

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Status hearing be continued to September 17, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   July 6, 2007**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

---

U.S. vs. Prout                                     Stipulation/Proposed Order
Case No. 04-5244 OWW                     2