KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
CLYDE ARTHUR STROHL

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-04-5244 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE FROM 12/10/07 at 1:30 p.m. TO 1/07/08 at 1:30 p.m.  AND PROPOSED ORDER |
| v. | Date: January 7, 2008<br>Time: 9:00 a.m.<br>Dept: OWW |
| CLYDE ARTHUR STROHL et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED AMONG COUNSEL AS FOLLOWS:

That the status hearing previously set for December 10, 2007 at 1:30 p.m.. be continued to January 7, 2008 at 1:30 p.m., as counsel for CLYDE ARTHUR STROHL is currently  in trial in Fresno County Superior Court, defendant STROHL has not been returned from the Federal Medical Facility in Fort Worth Texas,  and additional time is also needed for resolution of the case. It is further stipulated that time will be excluded under the provisions of the Speedy Trial Act,

1

18 U.S.C. § 3161 et seq. in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: December 6, 2007          /s/ Katherine Hart
                                 KATHERINE HART, Attorney for
                                 CLYDE ARTHUR STROHL

DATED: December 6, 2007          /s/ Eric Fogderude
                                 ERIC FOGDERUDE, Attorney for
                                 STEPHEN PROUT

DATED: December 6, 2007          /s/ Stanley Boone
                                 STANLEY BOONE, Assistant United
                                 States Attorney for the Eastern District

## ORDER

Good cause appearing it is hereby ordered that the status hearing in the case of United States v. CLYDE ARTHUR STROHL et al., previously set for December 10, 2007 be continued to January 7, 2008 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   December 7, 2007**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE