McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE ARTHUR STROHL; STEPHEN EARL PROUT<br><br>Defendants. | CASE NO.  1:04-CR-5244 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, Katherine Hart, Attorney for Defendant CLYDE ARTHUR STROHL, and Eric Fogderude, Attorney for Defendant STEPHEN EARL PROUT, that the Status Conference presently set for March 31, 2008, at 1:30 p.m., may be continued to April 14, 2008, at 1:30 p.m.

    The continuance is necessary to allow attorneys to meet and confer regarding pleas and a possible defense of one of the defendants.

////

////

////

////

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

DATED: March 27, 2008         By    /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney

DATE: March 27, 2008          By    /s/ Eric Fogderude
                                    ERIC FOGDERUDE
                                    Attorney for Stephen Prout

DATE: March 27, 2008          By    /s/ Katherine Hart
                                    KATHERINE HART
                                    Attorney for Clyde Arthur Strohl

**ORDER**

IT IS SO ORDERED.

**Dated:   March 27, 2008**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE