Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant STEVEN PROUT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>        Plaintiff,                   )<br>                                      )<br>vs.                                   )<br>                                      )<br>STEVEN PROUT et al.                   )<br>                                      )<br>                                      )<br>        Defendants.                   )<br>_____) | CASE NO. CR-F-04-5244 OWW<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING,<br>AND ORDER THEREON<br><br><br><br>DATE:   9/8/2008<br>TIME:   1:30 p.m.<br>JUDGE:  Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter now set for September 8, 2008, may be continued to November 10, 2008 at 1:30 p.m.

Good cause exists for the continuance based upon the need to review and/or conduct investigation related to the redacted victim impact statements attached to the presentence report.

The Defendant's formal objections are to be filed on or before October 17, 2008.

///

---

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: September 2, 2008         FLETCHER & FOGDERUDE, Inc.


                                 /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant,
                                 STEVEN PROUT


Dated: September 2, 2008         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Stanley Boone

                                 STANLEY BOONE
                                 Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Sentencing hearing be continued to November 10, 2008 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   September 3, 2008              /s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE