1 | Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
2 | A Professional Corporation
5412 North Palm Avenue, Suite 101
3 | Fresno, California 93704
Telephone:(559) 431-9710
4 | Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com
5 |
Attorney for Defendant STEVEN PROUT
6 |
7 |
8 |             IN THE UNITED STATES DISTRICT COURT FOR THE
9 |                    EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )    CASE NO. CR-F-04-5244 OWW
                                 )
12 |         Plaintiff,           )    STIPULATION TO CONTINUE
                                 )    SENTENCING HEARING,
13 | vs.                          )    AND ORDER THEREON
                                 )
14 | STEVEN PROUT et al.          )
                                 )
15 |                              )
         Defendants.              )    DATE:    11/10/2008
16 | _____)    TIME:    1:30 p.m.
                                      JUDGE:   Oliver W. Wanger
17 |
18 |                           **STIPULATION**
19 |     It is hereby stipulated by and between the parties hereto
20 | that the sentencing hearing in the above entitled matter now set
21 | for November 10, 2008, may be continued to January 26, 2009 at
22 | 1:30 p.m.
23 |     Good cause exists for the continuance based upon the need for
24 | the U.S. Probation Office to prepare an amended presentence report
25 | reflecting revised victim impact information recently provided by
26 | the government.
27 |     The revised report shall be provided to defense counsel by
28 | November 7, 2008, the defendant's informal objections shall be

served on the government and probation by November 28, 2008, and the defendant's formal objections shall be filed and served on the government and probation by December 19, 2008.

The date of January 26, 2009, at 1:30 is agreeable to all attorneys.

DATED: November 4, 2008          FLETCHER & FOGDERUDE, Inc.

                                 /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant,
                                 STEVEN PROUT


Dated: October 30, 2008          McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Stanley Boone
                                 STANLEY BOONE
                                 Assistant US Attorney

**ORDER**

IT IS SO ORDERED.  The court grants the stipulation that the Sentencing hearing be continued to January 26, 2009, at 1:30 p.m. IT IS SO ORDERED.

DATED: November 5, 2008          /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER, Judge
                                 United States District Court
                                 Eastern District of California