1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO.   1:04-CR-5244 OWW
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE
                                    )   SENTENCING HEARING AND ORDER
13 v.                               )
                                    )
14 STEPHEN EARL PROUT               )
                                    )
15         Defendants.               )
                                    )
16 _____ )

17

18

19         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

20 counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, and Eric Fogderude,

21 Attorney for Defendant STEPHEN EARL PROUT, that the Sentencing hearing presently set for

22 January 26, 2009, at 9:00 a.m. may be continued to March 2, 2009, at 9:00 a.m.

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

1

1  Further it is agreed and stipulated that the Government's response to Defendant's formal
2  objections will be due on February 9, 2009, and Defendant's reply will be due February 23, 2009.

4  DATED: January 22, 2009                LAWRENCE G. BROWN
                                          Acting United States Attorney

7                                    By   /s/ Stanley A. Boone
                                          STANLEY A. BOONE
8                                         Assistant U.S. Attorney

10 DATE: January 22, 2009                 By   /s/ Eric Fogderude
                                          ERIC FOGDERUDE
11                                        Attorney for Stephen Prout

### ORDER

IT IS HEREBY ORDERED that the sentencing hearing be continued from January 26, 2009, at 9:00 a.m. to March 2, 2009, at 9:00 a.m.  IT IS FURTHER ORDERED that the Government's responses to Defendant's formal objections is due February 2, 2009, and Defendant's reply is due February 23, 2009.

IT IS SO ORDERED.

**Dated:   January 22, 2009**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE